IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:18-CR-00150-D

UNITED STATES OF AMERICA )
)
v. ) **DISMISSAL**
)
RIGOBERTO WILLIAM ROSALES-PONCE )

Upon successful completion of the 12-month period of Pretrial Diversion Agreement previously approved by this Court, in light of full completion of all other requirements thereunder, and with the concurrence of the United States Probation Office hereto, the United States Attorney for the Eastern District of North Carolina hereby dismisses the charges against the above-captioned Defendant pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon.

This the 8th day of August, 2022.

MICHAEL F. EASLEY, JR.
United States Attorney

BY: /s/ *Barbara D. Kocher*
BARBARA D. KOCHER
Assistant United States Attorney
310 New Bern Avenue, Suite 800
Raleigh, N.C. 27601
Telephone: (919) 856-4530
Email: barb.kocher@usdoj.gov
NC Bar No. 16360

Leave of Court is granted for the filing of the foregoing dismissal this 9 day of August, 2022.

JAMES C. DEVER III
United States District Judge